INMATE '17/2/28 A 61 D 01 10 13 71 4 15381
'17/2/28

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

## CIVIL RIGHTS COMPLAINT FORM

RECIEVED
UNION CORRECTIONAL INSTITUTION

MAR 0 8 2017

BY: _____
FOR MAILING

DENNIS DEAN COOPER,
#B-046499

v.

CASE NO: 3:17-cv-288-J-34JBT
(To be supplied by Clerk's Office)

DEPARTMENT OF CORRECTIONS
CORIZON INC.
DR. L. MELENDEZ,
DR. J. AVILES,
DR. R. LaFONTANT,
DR. M. ROURA,
W. WISHAM,
CENTURION OF FLORIDA LLC.
_____/

FILED

2017 MAR 13 PM 2: 29
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. <u>PLACE OF PRESENT CONFINEMENT</u>:  Union Correctional Institution, P.O.  Box 1000, Raiford, Florida 32083.

II. <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>:  Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. §1997e(a).  Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. <u>PREVIOUS LAWSUITS</u>:

A. Have you initiated other lawsuits in state courts dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   No.

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  No.

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below.  If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper using the same format as below:

Numbers 1 through 8 are not applicable.

INMATE '17/2/28 A 61 D 01 10 13 71 4 15381

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted?  If so, identify these suits below by providing the case number, the style, and the disposition of each case:

Not applicable.

IV.  PARTIES:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff:    Dennis Dean Cooper
                         P.O. Box 1000   K-3104   #046499
                         Raiford, Florida 32083

B. Additional Plaintiffs: _____

_____

_____

Not applicable.

In Part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions, and places of employment:

C. Defendant:   Department of Corrections.

Mailing address:   501 S. Calhoun Street,
                   Tallahassee, Florida 32399-2500

Position:   Prisons

Employed at:   State of Florida

D. Defendant:   Corizon Inc.

Mailing address:   c/o Mr. Greg A. Toomey
                   The Toomey Law Firm
                   The Old Robb & Stuckey Bld.
                   1625 Hendry Street,  Suite 203
                   Fort Myers, Florida 33901

Position:   Health Care Provider

Employed at: D.O.C.

2

E. Defendant:  L. Melendez  M.D.

   Mailing address:  12647  Olive Blvd.
                     St. Louis, Missouri

   Position:  Physician

   Employed at:  U.C.I.   Corizon Inc.

F. Defendant:  J. Aviles, M.D.

   Mailing address:  as above  12647 Olive Blvd, St. Louis Missouri

   Position:   Physician

   Employed at:  U.C.I.   Corizon Inc.

G. Defendant:  R. LaFontant, M.D.

   Mailing address:  as above  12647 Olive Blvd, St. Louis Missouri

   Position:  Physician

   Employed at:  U.C.I.   Corizon Inc.

H. Defendant:   Miguel Roura, M.D.

   Mailing address:  as above  12647 Olive Blvd, St. Louis Missouri

   Position:  Physician

   Employed at:  R.M.C.   Corizon Inc.

I. Defendant:  W. Wisham

   Mailing address:  As above.  12647 Olive Blvd, St. Louis Missouri

   Position:  Scheduler / Clerk

   Employed at:  Corizon Inc. Union Correctional Institution.


J. Defendant:  Centurion of Florida, LLC

   Mailing address:  Paddock Park Professional Center

3

Building 700, Suite 701
3200 S. W. 34th Ave.
Ocala, Florida 34474

Position: Health Care Provider

Employed at: D.O.C.

V. <u>STATEMENT OF CLAIM:</u>  State what rights under the Constitution, laws, or treaties of the
United States have been violated, and be specific.  If you intend to allege a number of related
claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same
basic incident or issue must be addressed in a separate Civil Rights Form.

Deliberate Indifference to a serious medical need resulting in permanently damaged
internal organs (heart) in violation of the 8th U.S.C.A.  Deliberate Indifference demonstrated by
unnecessary and lengthy delays resulting in worsening my condition beyond repair in violation
of the 8th U.S.C.A.   Repeated demonstrations of deliberate indifference to my serious
debilitating pain and suffering in violation of the 8th U.S.C.A.

## GLOSSARY TO AND EXPLANATION TO SEC. VI STATEMENT OF FACTS

I beg the Court's indulgence to allow me this opportunity to describe the conditions that
will, I hope, clarify the following seven months of my ordeal.

My original medical problem involved heart beat rates of eighty plus beats per minute
constant, without slowing down.  The slightest exertion caused increases in heart beat rate
which required more air (shortness of breath) making me lightheaded and dizzy with muscle
fatigue and aches.  I was fired from my Library job assignment because I could not deliver
books, the simple pushing of a small, wheeled cart.

To abridge this explanation for future clarity the Term "Symptoms" will be used.

The Term "Worse Symptoms" will be used to abridge the following explanation.  A heart
beat rate of one hundred and twenty beats per minute and more which increases with the
slightest exertion which demands a very fast breathing rate (more than 15 breaths per minute)
almost hyperventilation accompanied by increased muscle aches and fatigue, headaches.  This
was an almost constant condition.

The Term "S.O.B. Attack" (shortness of breath) explains a very high rate of Breathing
and heart Beat Rate.  This attack demands total concentration on breathing as fast as possible

4

and still controlling the intake and full exhalation of air to alleviate my drowning sensation of suffocation. Shortness of Breath –S.O.B.

If I do not or cannot catch my breath my heart stops and Intense painful pressure builds causing unconsciousness making me lose control of my bodily functions such as bladder and bowels. This would happen if I went to sleep or lost concentration on breathing.

The Term "Medical Emergency"  will be used to take the place of the following explanation.

Declaring a Medical Emergency requires the Dorm Officer to notify Medical Staff, who come to the dorm to determine the level of care required. My Worse Symptoms" and S.O.B. Attacks" are enough to have me pushed in a wheel chair handcuffed and escorted to the U.C.A. *Clinic. The first time at night this was done a Medical Tech. connected me to a Oxygen Tank with plastic tubes in my nose, when I asked him to turn on the air he laughed at my request and that was the last time I allowed them to block my nose with plastic denying me the air I am so desperately trying to get.  If my breathing rate went below fifteen per minute I would have a "S.O.B. Attack."  The thousand yards between my dorm and the urgent care area usually took about twenty minutes to reach the U.C.A. Nurses Station.  I only declare a Medical Emergency when in extreme pain or in fear of losing my life.

---

* U.C.A., Urgent Care Area, similar to an Emergency Room (E-R).

VI  A.   STATEMENT OF FACTS:  State as briefly as possible the FACTS of your case. Describe how each defendant was involved.  **Do not make any legal arguments or cite any cases or statutes**. State with as much specificity as possible the facts in the following manner.

1. Name and position of person(s) involved.

2. Date(s).

3. Place(s).

4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.

5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s) ).

.

1. Corizon Inc.   Contract Medical Provider to Florida D.O.C.

2. August 1st through December 30th, 2013.

3. R.M.C. (Reception Medical Center) Lake Butler, Florida; U.C.I. (Union Correctional Institution) Raiford, Florida.

4. Suffering "Symptoms" my ordered blood test reveals Thyroid Dysfunction  8/1/2013.  On September 10th, 2013 an Urgent Consultation Request to see the Endocrinologist was ordered by Dr. Rodriguez at U.C.I.

This Urgent appointment took three weeks to occur on October 2nd, 2013.  At this date Dr. Roura ordered radiation treatment, an I 131* to destroy Thyroid gland  on October 16, 2013 this treatment was not provided.  Dr. Roura reordered Radiation Treatment for November 6, 2013.  Another three week delay with "Symptoms" continuing, diagnosed hyperthyroidism severe Graves disease.

* Iodine 131 Radiation Treatment.

On November 6, 2013 Radiation Treatment administered, Methimazole 10 mg. and 90 day, No Work Pass prescribed, follow-up visit with a December 9th, 2013 Blood work results ordered for December 18th, 2013, was not provided by the Contracted Health Care Provider, Corizon.

5. The delays and refusal to provide timely treatment then not permitting the follow-up Dr.'s appointment ignores and extends my "Symptoms" and the accruing damage that went to my physical and mental stresses constantly hoping my medical needs will be addressed.

VI .B.

1. Dr. Melendez, Corizon Inc.

2. December 30, 2013 through January 25, 2014.

3. U.C.A. (Urgent Care Area) equivalent to an E.R.

4. Dr. Melendez assumes responsibility by not ordering the follow-up examination by Dr. Roura the Endocrinologist (Thyroid Specialist).  Notes the continuing Hormonal Imbalance, reduces the Methimazole by 5 mg. which is actually detrimental and the opposite to what I really need which is Levothyroxine. Then with total disregard to my suffering, "Symptoms" sets me off for a check-up two months away.  Denied proper follow-up with Dr. Roura.  More delays.

.

5. My "Symptoms" continue unalleviated, the damage to my overall health accrues especially to my ever increasingly overtaxed heart which is increased by the wrong medication (Methimazole) and uncaring delay.

VI .C.

1. Dr. J. Aviles,  Corizon Inc.

2. January 25-26, 2014.

3. U.C.A. Clinic    U.C.I. Raiford, Florida

4. Declared "Medical Emergency"  "Worse Symptoms" and repeated "S.O.B. * Attacks"   124 Heart Beats per minute 24 breath per minute.  AN EKG showed Abnormal. Blood work ordered. Dr. Aviles did not renew Consult with Dr. Roura, did nothing that reduced or alleviated my extreme distress, pain and suffering.

   * S.O.B., shortness of breath.

5.    These "Worse Symptoms" untreated ignored by NO referral to see specialist ensured continued damage by the physical demands of my Heart Rate which barely diminished at rest, a heart CANNOT beat continuously at that rate without rest and not incur damage or feel pain because of the constant strain.  The mental fear of dying unrelieved is so all encompassing a finite categorizing of this fear is impossible.

VI. D.

1. Dr. J. Aviles,  Corizon

2. January 28, 2014

3. U.C.A. Clinic  U.C.I.  Raiford, Florida.

4. Dr. Aviles examines me, my Symptoms are "Worse Symptoms" Heart beat rate 139, breaths, 18 per minute.  Dr. Aviles notes my severe Graves Disease.  Severe hyperthyroidism and does not refer me to specialist.  Changes medications increasing Tapazol / Methimazole to 10 mg. (the wrong medication).  More delays without easing my continuous distress and suffering.

5. More of the same as above on January 25-26, 2014.  Damage still accruing.

VI. E.

1. Dr. R. LaFontant, Corizon, D.O.C.

2. February 3rd, 2014 through February 12, 2014.

7

3. U.C.A. Clinic   U.C.I. Raiford, Florida.

4. Declared "Medical Emergency" with "Worses Symptoms" impossible to ignore. The attending Dr., R. LaFontant notes abnormal EKG, New blood work and Hormonal Imbalances, hyperthyroidism. Dr. LaFantant increases the Methimazole by 5 mg. the wrong medication that shows his unqualified diagnosis and fails to refer me to the pre-ordered follow-up by Dr. Roura the Thyroid Specialist.

5. Dr. LaFontant ignored my pain and suffering did nothing to alleviate life threatening condition or accruing damage to my heart's overtaxed, oxygen deprived, dying struggles.


VI .F.

1. Dr. Aviles, Corizon, D.O.C.,  Dr. Melendez, Dr. LaFontant.

2. February 12-13-14-15-16-17, 2014.

3. U.C.A. Clinic   U.C.I. Raiford, Florida

4. Dr. Aviles and Dr. Melendez and Dr. LaFontant continued to do nothing when confronted with "Medical Emergency's" with unconscious fall and "Worse Symptoms" and "S.O.B. Attacks" No immediate care is rendered.  More observations and delays.

5. Continued suffering, continuing accrued damage to over worked and straining heart and fear for actual life.

VI .G.

1. W. Wisham  Scheduler-Clerk, Corizon, D.O.C.

2. February 15-16-17-18, 2014.

3. Medical Dept. U.C.I. Raiford, Florida.

4. Scheduler W. Wisham delays referral by Dr. Aviles to see Endocrinologist ASAP for Emergency Consult.

5. Continued suffering, continuing accrued damage to over worked and straining heart. And life threatening fear.


VI .H.

1. S. Rossitee  Assistant Warden,  D.O.C.  at U.C.I.

2. February 15, 2014 through February 24, 2014.

3. U.C.I.  Raiford, Florida

4. I filed a Formal Request for Administrative Remedy to the Warden of U.C.I. claiming I needed Emergency Medical Treatment. "I felt like I was dying. Can you please help me."

This plea was not acted upon. My dilemma was delegated uncaringly to a lower echelon who also ignored the magnitude of the Life threatening lack of medical actions I was having to endure. The Warden had at least a week to try to stop U.C.I.'s Medical personnel's indifference to a clear medical need, before I was rushed by Ambulance to an outside hospital.

5. Continued suffering, continuing accumulated damage to an over worked and straining heart, the mental fear of dying with no help coming from the authorities responsible for my reasonable well being and health care.

VI .I.

1. Dr. Roura, Corizon, D.O.C.

2. February 19-24, 2014

3. R.M.C.  Lake Butler, Florida

4. Dr. Roura corrects his misdiagnosis. The Hyperthyroidism is now Hypothyroidism and the medication is changed from Methimazole 15 mg. prescribed for Hyperthyroidism to Levothyroxine 75 mcg. Which is to aid Hypothyroidism.

Dr. Roura ignores the blatantly obvious "Worse Symptoms" I am still exhibiting and the records, blood work and Dr.'s observations. Does nothing to correct my extremely imbalanced Euthyroid condition allowing the Thyrotoxicosis Factitia, Hyperthyhroidism free reign to Life threatening Thyroid storms that he could have prevented with immediate emergency treatments.

5. The next five days of my constant suffering "Worse Symptoms", "Medical Emergency", "S.O.B.-Attacks" Mental fear and anxiety and the built up physical damage to my heart and body are due to his inactions and disregard for my health and suffering.

VI .J.

1. Corizon Et. Al.  D.O.C.  Et. Al.

2. February 22, 2014 through February 24, 2014.

3. U.C.I.  U.C.A. Clinic Raiford, Florida

4. Declared "Medical Emergency" "Worse Symptoms", "S.O.B. Attacks" Blood Pressure 72/ ? 60/ ?  Pulse 128, Breaths per minute 30, still no prescription of Levothyroxine  75 mcg over

three days waiting.

By my not receiving actual treatment, by delaying effective care the Thyroid Storms continued extending my suffering and tortured breathing, my heart's failing attempts because of the chemical imbalances unrelieved by lack of proper medication leading to 20% heart function and Life time required defibrillator to keep me alive at a very measurable diminished capacity.

5. Continued suffering, continuing to accumulate damage to my over worked and straining heart and the mental fear of dying with no help coming from any of the medical personnel I am dependent upon.

VI .K.

1. Dr. Aviles, Dr. Roura, Dr. Melendez, Dr. LaFontant, Corizon, W. Wisham (Clerk), D.O.C. R. Rossiter, Et. Al.

2. Memorial Medical Center, Jacksonville, Florida.

3. February 24, 2014 through March 7, 2014.

4. On 2/24/2014 at approximately 2310 PM I suffered Cardiac Arrest and (54) fifty-four minutes of critical care. Because of a significantly abnormal TSH Level of 40.6. Further interventional therapy could not be administered until I was rendered Euthroid. The continued Asystole episodes caused cardiac ischemia further damaging the heart and the repeated syncope episodes dysfunction of the brain which was almost completely attributed to the Thyrotoxicosis Factitia Hyperthyroidism and the Thyroid Storms.

5. The overall treatment or lack thereof by the above named, Medical Care Providers induced the need for a Defibrillator implanted in my damaged heart. D.O.C. encouraged it by not supervising properly allowing Corizon free actions or inactions and delays that ultimately caused measurable damages, the need of a defibrillator's life threatening surgeries to implant it and monitor it every three months.

VI . L.

1. D.O.C. , Corizon, Et. Al. Centurion of Florida L.L.C. Is the private contractor that replaced Corizon.

2. March 7th, 2014 to now.

3. Union Correctional Institution, Raiford, Florida.

4. On March 7, 2014 upon my discharge from Memorial Medical Center, Jacksonville, Florida, Dr. H. R. Chang the Primary Care Physician ordered a follow-up with Endocrinologist in six (6) weeks, this was not provided.

Since then, I have repeatedly asked to see a Thyroid Specialist (Endocrinologist) these pleas have gone unfulfilled. The Doctors here at U.C.I. have written referrals which have been ignored. When I have complained about my doubts and fears about my physical problems concerning the medications, these Drs. Continue to change my Thyroid medications causing increases in my hormonal imbalances which originally caused my damaged heart and my having to live with a Defibrillator. I am afraid to complain again. I can not trust these Medical Providers to do what needs to be done, because of their past life threatening decisions to not allow me to be examined by a qualified Specialist M.D.S. My Grievances have been denied because D.O.C. Officials refuse to and will not understand that their conduct is also deliberately indifferent to my medical needs.

The Grievance denials refer to Rule 33-103 and that my Grievance addresses more than one issue.

My Grievance s encompass many instances where my medical needs are not addressed correctly and my pain and suffering and actual life threatening damage was occurring and delaying steps where the only actions taken, deliberately indifferent to acknowledged medical needs. The other instances are still occurring but my Thyroid condition and it's mishandling is so blatantly obvious and clearly ongoing that it is proving to be of utmost importance in proving my claim.

5. My heart is still damaged and that damage continues to increase because of strain caused by the original Thyroid Storms and the required Defibrillator.

My fear of not receiving the medical care I need is real, constant and not diminished by the constant delays foistered off as medical treatments. My continuing shortness of breath and chest pains along with muscle cramps caused by my damaged heart's poor circulating ability and not being able to exercise adds to my diminishing health.

My life expectancy is continuously being shortened and I believe it is at least ten years shorter right now because of my Caretakers Actions.

## RELIEF REQUESTED

VII. <u>RELIEF REQUESTED:</u>   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

A. Monetary Compensations for:

      1. Pain; past—present—future.

      2. Damage; Overall Health 10 year shortening of life.

      3. Damage;  Heart.

      4. Damage; Mental Brain damage from lack of air.

      5. Damage; Psychological fear, Loss of sleep, worry and paranoia for future treatment.

      6. Suffering; Past—Present—Future.

      $50,000.00 Individual decisions for inactions or no actions, IE; unexcuseable delays and observation periods by Doctors and staff.  Et. Al.

      $1,000,000.00 Health Care Providers Corizon Inc. Et. Al.

      $1,000,000.00 Department of Corrections Et. Al.

      $200,000.00 Centurion of Florida, L.L.C.  Et. Al.

B. To deter future misconducts and abuses and attitudes that deny and delay needed medical care Punitive Damages as above.

C. 1. Appointment of Counsel Due to being refused or not answered by five law firms refusal or complete lack of response.

      2. Jury Trial.

D. In the event of my premature and or wrongful death due to damage accrued due to my medical mistreatment being deliberately indifferent this and any future wrongful death claim benefits should go to my niece Kimberly Anne Carlson whom I declare is my only beneficiary of any and all worldly goods I may be entitled to or possess.

E. Replace the Heart they have damaged.

12

INMATE '17/2/28 A 61D011013714 15381
'17/2/28

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _8_ day of _March_____, 2017

_____

(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one) _✓_ delivered to prison officials for mailing or ____deposited in the prison's internal mail on the _8_ day of _March_____, 2017.

13

INMATE '17/2/28 A 61D011013714 15381